## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOHNNA AND STAN KOJIS, | ) | |
| Plaintiffs, | ) | Case No. 02 C 8428 |
| vs. | ) | |
| EQUIFAX CREDIT INFORMATION SERVICES, NAVY FEDERAL CREDIT UNION, | ) ) ) | Magistrate Judge Brown |
| Defendants. | ) | |

FILED NOV 6 2003 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

DOCKETED NOV 10 2003

### NOTICE OF MOTION

TO: Ms. Johnna Kojis; 2062 August Ct., San Jacinto, CA 92582-6925

Mr. Bradley J. Miller; Kilpatrick Stockton LLP, 1100 Peachtree Street, Suite 2800; Atlanta, GA 30309

Mr. Brian Marquez; Ross & Hardies; 150 North Michigan Avenue; Suite 2500; Chicago, IL 60601

PLEASE TAKE NOTICE that on **Wednesday November 12, 2003 at 9:45 a.m.** we shall appear before the Honorable Geraldine Soat Brown in the courtroom number 1812 usually occupied by her in the U.S. District courthouse at 219 South Dearborn Street, Chicago, Illinois and then and there present the **Motion to Withdraw Rule 11 Motion as to Krohn & Moss**, a copy of which is attached hereto and herewith served upon you.

Richard B. Polony #6227043
Barry Mc Entee #6275410
HINSHAW & CULBERTSON
222 N. LaSalle Street
Chicago, IL 60601-1081
312/704-3000

NAVY FEDERAL CREDIT UNION

By: *Barry F. Mc Entee*
    One of Its Attorneys

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) SS. | |
| COUNTY OF COOK | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, a nonattorney, state that I served the instant Notice of presentation, with its attachment, to Johnna Kojis by certified U.S. mail and the two counsel of record listed above by facsimile on the November 6, 2003.

*Vonnie Lorber*
Vonnie Lorber

[X] Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth herein are true and correct.

15683515v1 820637

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Stan and Johnna Kojis, | ) | |
| | ) | |
| Plaintiff, | ) | No. 02 C 8428 |
| | ) | |
| vs. | ) | Hon. Wayne R. Andersen |
| | ) | |
| Equifax Credit Information Services and | ) | |
| Navy Federal Credit Union, | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| Defendants. | ) | |

FILED NOV 6 2003 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

DOCKETED NOV 10 2003

## MOTION TO WITHDRAW RULE 11 MOTION AS TO KROHN & MOSS

Defendant Navy Federal Credit Union ("Navy"), by and through its attorneys, Richard B. Polony and Barry F. Mac Entee, submits its Motion to Withdraw its Rule 11 Motion as to Krohn & Moss. For its Motion, Navy states:

1. On November 4, 2003, this Court entered an order requiring Krohn & Moss to file a response to Navy's Rule 11 Motion and, at the status hearing, referred to Krohn & Moss as respondents to Navy's Rule 11 Motion.

2. On September 2, 3004, Judge Wayne Andersen granted Krohn & Moss' Motion to Withdraw as plaintiffs' attorneys.

3. In light of Krohn & Moss' withdrawal, with its Rule 11 Motion, Navy is no longer seeking Rule 11 damages and/or sanctions from Krohn & Moss.

4. Navy still seeks Rule 11 damages, including money damages and terminating sanctions, from plaintiffs Stan and Johnna Kojis.

5707588v1 820637

42

WHEREFORE, Navy Federal Credit Union respectfully requests this Court to enter an order permitting Navy Federal Credit Union to Withdraw its Rule 11 Motion as to Krohn & Moss.

| | |
|---|---|
| Richard B. Polony #6227043<br>Barry MacEntee #6275410<br>HINSHAW & CULBERTSON<br>222 N. LaSalle Street, Suite 300<br>Chicago, IL 60601-1081<br>312/704-3000 | NAVY FEDERAL CREDIT UNION<br><br>By: _____<br>One of Its Attorneys |